En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| Adopción de la cita TSPR y PRSC | Resolución |
| | 99 TSPR 89 |

Número del Caso: EM-1999-2

Fecha: 6/11/1999

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Adopción de la cita
        TSPR y PRSC                         EM-99-2

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de junio de 1999.

El 9 de octubre de 1997 el Tribunal aprobó el Reglament Para la Distribución Electrónica de Opiniones y otra Decisiones del Tribunal Supremo. En virtud de dicho reglament desde enero de 1998 la Secretaría de este Tribunal ha estad distribuyendo electrónicamente las Opiniones del Tribunal las entidades bona fide que publican nuestras Opiniones incluyendo al Colegio de Abogados.

Al amparo de la Regla 44(b) de nuestro Reglamento, qu entró en vigor el 1 de mayo de 1996, y de la Regla 4 de Reglamento para la Distribución Electrónica de Opiniones otras Decisiones del Tribunal Supremo, autorizamos a l Secretaria de este Tribunal, Lcda. Isabel Llompart Zeno, enumerar todas las decisiones a publicarse.

La Secretaria de este Tribunal nos ha recomendado qu con el propósito de uniformar las citas que usan dicha entidades en la publicación de nuestras Opiniones, adoptemo formalmente un sistema de citación utilizando la numació que estableció dicha funcionaria.

A tal efecto, adoptamos oficialmente las siglas TSPR para identificar las decisiones publicadas y distribuidas electrónicamente a partir de enero de 1998 y hasta tanto sean publicadas en la colección oficial: Decisiones de Puerto Rico (D.P.R.). Una vez transcurrido el proceso de edición y publicado el tomo de las D.P.R., se deberá citar éste como la cita oficial final.

Como resultado, los casos serán citados como sigue: Vélez Miranda v. Servicios Legales, res. el 21 de enero de 1998, 98 TSPR 1. El "98" corresponde al año, el "TSPR" a Tribunal Supremo de Puerto Rico y el "1" el número asignado en la Secretaría.

También adoptamos las siglas PRSC ("Puerto Rico Supreme Court") para identificar las Opiniones traducidas al inglés, hasta tanto sean publicadas en la colección "Official Translations of the Opinions of the Supreme Court of Puerto Rico". La manera de citar será la misma con la única diferencia de que las siglas TSPR serán sustituidas por PRSC. En el ejemplo anterior, el caso sería citado "98 PRSC 1".

En aras de una mayor uniformidad y eficiencia, se exhorta a las entidades publicadoras a utilizar este nuevo sistema de citación oficial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria el Tribunal Supremo.


                                        Isabel Llompart Zeno
                                        Secretaria del Tribunal Supremo